JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA  91355
Tel:  (818) 905 6611
Fax:  (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA AUGUSTUS-RISER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant | Case No. 2:21-cv-7048-KK<br><br>ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

　　　Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

　　　IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $1,609.80 in attorney's fees as authorized by 28 U.S.C. § 2412, and $402.00 for costs as authorized by 28 U.S.C. § 1920, for a total of $2011.80, subject to the terms of the stipulation.

Dated:　June 1, 2022

_____
HON. KENLY KIYA KATO
U.S. Magistrate Judge